# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-955-700**

**Effective Date of Registration:**
April 13, 2015

## Title

**Title of Work:** LANY FLOWER VINTAGE EUROPE

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 03, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Samdae Enterprises, Inc.
  **Author Created:** 2-D artwork, Design can be applied to product (i.e. handbags, wallets, backpacks, etc.)
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Samdae Enterprises, Inc.
550 Crocker Street, Los Angeles, CA, 90013, United States

## Rights and Permissions

**Organization Name:** Samdae Enterprises, Inc.
**Name:** Rose Park
**Email:** rose.park@lanystyle.com
**Telephone:** (213)623-6380
**Address:** 550 Crocker Street
Los Angeles, CA 90013 United States

## Certification

**Name:** Rose Park
**Date:** April 13, 2015

