# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-957-909

**Effective Date of Registration:**
April 24, 2015

## Title

**Title of Work:**   LANY Metal Design Artwork

## Completion/Publication

**Year of Completion:**   2008
**Date of 1st Publication:**   March 15, 2008
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Samdae Enterprises, Inc.
  **Author Created:**   2-D artwork, Artwork/design applied on metal to be applied to products
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Samdae Enterprises, Inc.
550 Crocker Street, Los Angeles, CA, 90013, United States

## Rights and Permissions

**Organization Name:**   Samdae Enterprises, Inc.
**Name:**   Rose Park
**Email:**   rose.park@lanystyle.com
**Telephone:**   (213)623-6380
**Address:**   550 Crocker Street
Los Angeles, CA 90013 United States

## Certification

**Name:**   Rose Park
**Date:**   April 24, 2015





