1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  SAM DAE ENTERPRISES, INC., a California corporation | Case No.: 2:16-cv-01764 |
| 13                    Plaintiff, | **STIPULATED PRELIMINARY INJUNCTION** |
| 14  v. | |
| 15  STARRINESS USA, INC., a California corporation, LA LINDA USA, INC., a California corporation, and DOES 1 through 30, inclusive, | Complaint Filed: March 15, 2016 |
| 19                    Defendants. | |

21
22
23
24
25
26
27
28

138307.1

1    Pursuant to the Joint Stipulation for Entry of Preliminary Injunction filed on

2  March 23, 2016, and good cause appearing therefor, the Court orders as follows:

3        1.    Defendants and their respective officers, directors, employees, agents,

4  and assigns shall not manufacture, import, distribute, or sell handbags, wallets,

5  backpacks, luggage or any other related products that infringe on Plaintiff's First,

6  Second, and Third Copyrighted Designs as described in the Complaint, unless and

7  until this Court determines that Defendants' products do not infringe on Plaintiff's

8  Copyrighted Designs; and

9        2.    Defendants shall direct all of their customers to immediately cease the

10  sale and distribution of all handbags, wallets, backpacks, luggage or any other

11  related products that infringe on Plaintiff's First, Second, and Third Copyrighted

12  Designs described in the Complaint, unless and until this Court determines that

13  Defendants' products do not infringe on Plaintiff's Copyrighted Designs;

14       3.    Defendants shall provide to Plaintiff, within ten (10) days of

15  execution of this stipulation, the names and addresses of all Defendants' customers

16  which Defendants directed to cease the sale and distribution of infringing products,

17  as described in paragraph 2, above; and

18       4.    Defendants shall allow Plaintiff to collect and keep all handbags,

19  wallets, backpacks, luggage or any other related products currently in inventory

20  that infringe on its First, Second, and Third Copyrighted Designs as described in

21  the Complaint, unless and until this Court determines that Defendants' products

22  that are the subject of the Complaint do not infringe on Plaintiff's Copyrighted

23  Designs.

24

25  Dated:  March 30, 2016

26                        _____

                          John A. Kronstadt

                          United States District Judge

27

28

---

138307.1