# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am over the age of 18 years and not a party to this action. My business address is 12 South First Street, 12th Floor, San Jose, CA, which is located in Santa Clara County and where the mailing described below occurred.

On July 25, 2016, I served the enclosed documents:

**MINUTES (IN CHAMBERS) ORDER RE DEFENDANTS' REQUEST TO WITHDRAW AS ATTORNEY (DKT. 41, 42) by Judge John A. Kronstadt**

via FedEx Delivery by depositing the documents in the delivery service at San Jose, CA in a sealed envelope, with postage fully prepaid, addressed to the person listed below.

Mr. Jonathan Suh
President
La Linda USA, Inc.
1725 Crest View Place
Pomona, CA 92768

*Defendant*

The documents were also sent by email to:

Mr. Jonathan Suh
President
La Linda USA, Inc.
suhjck@hanmail.net

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 25, 2016

*[signature]*
Bonnie Wolf

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113